**In re: David WALLACH, Mark Boldin Eugene Varfolomeev, and Igor Mett.**

No. 2008–1210.

United States Court of Appeals, Federal Circuit.

April 22, 2008.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**UNITED STATES, Plaintiff–Appellee,**

v.

**INN FOODS, INC., Defendant–Appellant.**

No. 2008–1118.

United States Court of Appeals, Federal Circuit.

April 24, 2008.

ON MOTION

*ORDER*

Inn Foods, Inc. moves to reinstate its appeal. Inn Foods states that the United States consents.

The court previously dismissed Inn Foods' appeal for failure to timely file a corrected Certificate of Interest and a corrected opening brief. Inn Foods filed these items on March 14, 2008.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. The mandate is recalled, the dismissal order is vacated, and the appeal is reinstated. The United States should calculate its brief due date from the date of filing of this order.